UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday, January 7, 2004

4:15 p.m.

CASE NO. **3:02cv553 MRK**    **Silva v Roberts**

David William Bush
Timothy Brignole & Assoc.
73 Wadsworth St.
Hartford, CT 06106


Elizabeth Cornacchio
Heidell, Pittoni, Murphy & Bach
30 Oak St.
Stamford, CT 06905


Luke M. Pittoni
Heidell, Pittoni, Murphy & Bach
30 Oak St.
Stamford, CT 06905

STATUS CONFERENCE HELD

DATE: 1/7/04

15 min


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK