UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday, March 26, 2004

8:30 a.m.

CASE NO. **3:02cv553 MRK**    <u>Silva v Roberts</u>

David William Bush
Timothy Brignole & Assoc.
73 Wadsworth St.
Hartford, CT 06106

Elizabeth Cornacchio
Heidell, Pittoni, Murphy & Bach
30 Oak St.
Stamford, CT 06905

**STATUS CONFERENCE HELD**
DATE: 3/26/04
15 min.

Luke M. Pittoni
Heidell, Pittoni, Murphy & Bach
30 Oak St.
Stamford, CT 06905

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK