UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Silva, et al

V.                              Case Number:  3:02cv553 MRK

Roberts, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>March 26, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 1, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 1, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi_____
    Kenneth R. Ghilardi
    Deputy Clerk