FILED
May 27  11 35 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL SILVA, Individually; LARRY SILVA, Individually; and JEREMY SILVA, by and through his natural parents and plenary guardians CAROL SILVA and LARRY SILVA, | ) ) ) ) ) ) | CIVIL ACTION NUMBER: 3:02 CV 553 MRK |
| Plaintiffs | ) ) | |
| VS. | ) ) | |
| LEE ROBERTS; and WOODS SERVICES, INC. | ) ) | |
| Defendants. | ) | MAY 26, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS

Pursuant to Rule 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiffs respectfully submit to this Court this motion for extension of time to file settlement papers. On or about March 26, 2004, the parties to this case reported the case settled. The parties indicated to the Court that additional time was needed in order to effectuate and finalize the terms of the settlement. Accordingly, the Court entered an order of dismissal for June 1, 2004, for closing documents to be filed. However, the Court indicated that counsel could report, prior to that date, that the case was not in fact settled and request additional time to effectuate the settlement. The Plaintiffs have made extensive progress in finalizing settlement but have not yet completed all aspects. Accordingly, the Plaintiffs hereby request an additional sixty (60) days to complete

settlement.

Plaintiffs have consulted with counsel for Defendants, who has no objection.

PLAINTIFFS,

By _____
David W. Bush, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, Connecticut 06106
Tel.: (860) 527-9973
CT 09608

## ORDER

The foregoing motion having been heard, it is hereby GRANTED/DENIED.

BY THE COURT

_____
Clerk/Judge

2

BRIGNOLE AND BUSH, LLC • ATTORNEYS AT LAW
73 WADSWORTH STREET • HARTFORD, CONNECTICUT 06106-1768 • (860) 527-9973 • FAX (860) 527-5929 • JURIS NO. 419073

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed May 26, 2004, postage prepaid to the following counsel and all pro se parties of record:

Scott M. Zimmerman, Esq.
HEIDELL, PITTONI, MURPHY & BACH, LLP
99 Park Avenue
New York, NY 10016-1601
(203) 327-1800

_____
David W. Bush, Esq.

3