UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL SILVA, Individually; LARRY SILVA, Individually; and JEREMY SILVA, by and through his natural parents and plenary guardians CAROL SILVA and LARRY SILVA,  :  :  :  :  :  Plaintiffs,  :  :  v.  :  :  LEE ROBERTS; and WOODS SERVICES, INC.,  :  :  Defendants.  : | Civil No.  3:02cv553 (MRK) |

## ORDER

The Motion For Extension Of Time To File Settlement Papaers [doc. # 47], dated May 26, 2004, is GRANTED IN PART and DENIED IN PART.  Parties shall submit settlement papers on or before **July 1, 2004**.  If more time is needed in order to complete settlement, a new motion for extension of time must be submitted stating exactly what needs to be completed and when it will be completed.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 28, 2004.