UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL SILVA, Individually; LARRY SILVA, Individually; and JEREMY SILVA, by and through his natural parents and plenary guardians CAROL SILVA and LARRY SILVA, : : : : : Plaintiffs, : : v. : : LEE ROBERTS; and WOODS SERVICES, INC., : : Defendants. : | Civil No. 3:02cv553 (MRK) |

## **ORDER**

The Motion For Extension Of Time To File Settlement Papers [doc. # 49], dated June 30, 2004, is GRANTED. Parties shall submit settlement papers on or before **August 6, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 6, 2004.