```
                                          FILED
                                      Aug 5  2 28 PM '04
                                      U.S DISTRICT COURT
                                      NEW HAVEN, CONN.
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL SILVA, Individually; LARRY SILVA Individually; and JEREMY SILVA, by and through his natural parents and plenary guardians CAROL SILVA and LARRY SILVA | ) ) ) ) ) | CIVIL ACTION NUMBER<br><br>3 02 CV 553 MRK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LEE ROBERTS; and WOODS SERVICES, INC. | ) ) | |
| Defendants. | ) | August 3, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for all parties in the above-entitled action, that whereas, no party hereto is an infant and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby voluntarily dismissed with prejudice and without costs, fees or attorney fees to any party as against the others.

This Stipulation hereby incorporates the Settlement Agreement entered into on July 27, 2004 and executed by all parties.

Plaintiffs

By: _____      Date: August 3, 2004
 DAVID W. BUSH, ESQ.
 BRIGNOLE, BUSH AND LEWIS
 73 WADSWORTH STREET
 HARTFORD, CT 06106
 Fed. Bar No.: CT-09608

Defendants

By: _____      Date: August 3, 2004
 SCOTT M. ZIMMERMAN, ESQ.
 HEIDELL, PITTONI, MURPHY & BACH, LLP
 99 Park Avenue
 New York, NY 10016
 Fed. Bar No.: CT-23987

IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Judge