UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL SILVA, Individually; LARRY SILVA, Individually; and JEREMY SILVA, by and through his natural parents and plenary guardians CAROL SILVA and LARRY SILVA, :<br><br>Plaintiffs,<br><br>v.<br><br>LEE ROBERTS; and WOODS SERVICES, INC.,<br><br>Defendants. | Civil No. 3:02cv553 (MRK) |

## ORDER OF DISMISSAL

Having received the Stipulation of Dismissal With Prejudice [doc. # 51], the Court hereby dismisses this case with prejudice and without costs, fees or attorney fees to any party as against the others. The Clerk is directed to close the file.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 16, 2004.